ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBN 32245
Head of Program Litigation 1
OSCAR GONZALEZ DE LLANO
Special Assistant United States Attorney
    Social Security Administration
    Program Litigation 1
    Law & Policy
    6401 Security Boulevard
    Baltimore, MD 21235
    Telephone: (510) 970-4818
    Email: Oscar.Gonzalez@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBER JANAE BOESER,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Civil No. 2:25-cv-02296-AC<br><br>**STIPULATION AND [**~~PROPOSED~~**] ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

The parties stipulate through counsel that Defendant, the Commissioner of Social Security (the "Commissioner"), shall have an extension of time to respond to Plaintiff's Complaint in this case. In support of this request, the Commissioner respectfully states as follows:

1. Defendant's response to Plaintiff's Complaint is due October 13, 2025. Defendant has not previously requested an extension of this deadline.

2. At the end of the day on September 30, 2025, the appropriations that have been funding the Department of Justice expired and appropriations to the Department lapsed. The same is true for most Executive agencies, including federal defendant Social Security Administration (SSA). It is not clear when funding will be restored by Congress.

3. Absent an appropriation or continuing resolution, Department of Justice and SSA attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342. That exception is not deemed to include attorneys assigned to most civil cases at this time.

4. Given this situation Defendant requests an extension of 30 days to respond to Plaintiff's Complaint.

5. Counsel for the Commissioner has consulted with Plaintiff's counsel who advised that they have no objections.

6. This request is made in good faith and is not intended to delay the proceedings in this matter.

WHEREFORE, Defendant requests until November 12, 2025, respond to Plaintiff's Complaint.

Respectfully submitted,

Date: <u>November 12, 2025</u>         By:   <u>/s/ Francesco Paulo Benavides</u>
                                              FRANCESO PAULO BENAVIDES
                                              Law Offices of Francesco Benavides
                                              Attorney for Plaintiff
                                              (*as authorized by email)

Date: <u>November 12, 2025</u>                ERIC GRANT
                                              United States Attorney
                                              MATHEW W. PILE
                                              Head of Program Litigation 1
                                        By:   <u>/s/ Oscar Gonzalez de Llano</u>
                                              OSCAR GONZALEZ de LLANO
                                              Special Assistant United States Attorney
                                              Attorneys for Defendant

<u>ORDER</u>

APPROVED AND SO ORDERED

DATED: November 12, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE