ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBN 32245
Head of Program Litigation 1
Oscar Gonzalez de Llano
Special Assistant United States Attorney
          Social Security Administration
          Program Litigation 1
          Law & Policy
          6401 Security Boulevard
          Baltimore, MD 21235
          Telephone: (510) 970-4818
          Email: Oscar.Gonzalez@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBER JANAE BOESER, | ) Civil No. 2:25-cv-02296-AC |
| Plaintiff, | ) |
| | ) **STIPULATION AND [~~PROPOSED~~]** |
| v. | ) **ORDER FOR EXTENSION OF TIME** |
| | ) **TO RESPOND TO PLAINTIFF'S** |
| COMMISSIONER OF SOCIAL SECURITY, | ) **COMPLAINT** |
| Defendant. | ) |
| | ) |

The parties stipulate through counsel that Defendant, the Commissioner of Social Security (the "Commissioner"), shall have an extension of time to respond to Plaintiff's Complaint in this case. In support of this request, the Commissioner respectfully states as follows:

1.    Defendant's response to Plaintiff's Complaint is due November 12, 2025. Defendant has previously extended this deadline once for 30 days.

2.    At the end of the day on September 30, 2025, the appropriations that have been funding the Department of Justice expired and appropriations to the Department lapsed. The same is true for most Executive agencies, including federal defendant Social Security Administration (SSA). It is not clear when funding will be restored by Congress.

3.      Absent an appropriation or continuing resolution, Department of Justice and SSA attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342. That exception is not deemed to include attorneys assigned to most civil cases at this time.

4.      Given this situation Defendant requests an extension of 30 days to respond to Plaintiff's Complaint.

5.      Counsel for the Commissioner has consulted with Plaintiff's counsel who advised that they have no objections.

6.      This request is made in good faith and is not intended to delay the proceedings in this matter.

WHEREFORE, Defendant requests until December 12, 2025, respond to Plaintiff's Complaint.

Respectfully submitted,

Date: _November 13, 2025_                                By:      _s/ Francesco Paulo Benavides_
                                                         Francesco Paulo Benavides
                                                         Law Offices of Francesco Benavides
                                                         Attorney for Plaintiff
                                                         (*as authorized by email)

Date: _November 13, 2025_                                     ERIC GRANT
                                                         United States Attorney
                                                         MATHEW W. PILE
                                                         Head of Program Litigation 1
                                                By:      _/s/ Oscar Gonzalez de Llano_
                                                         OSCAR GONZALEZ de LLANO
                                                         Special Assistant United States Attorney
                                                         Attorneys for Defendant

1                                    ORDER

2    APPROVED AND SO ORDERED

3

4

5    DATED: November 13, 2025

6                                    ALLISON CLAIRE
                                     UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28